

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:19 CR 196 |
| v. | ) | CASE NO. |
| | ) | Title 21, United States Code, |
| ANTHONY CASTIGLIONE, | ) | Sections 841(a)(1) and (b)(1)(C) |
| | ) | and 846 |
| Defendant. | ) | JUDGE NUGENT |

COUNT 1
(Attempt to Possess with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846)

The United States Attorney charges:

1. On or about May 26, 2015, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY CASTIGLIONE did knowingly and intentionally attempt to possess with the intent to distribute 280 grams of methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, and 7 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846.

FORFEITURE

The United States Attorney further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ANTHONY CASTIGLIONE shall forfeit to the United States any and all property constituting, and derived from, any proceeds he obtained, directly and indirectly,

as the result of such violation; and any and all of his property used and intended to be used, in any manner and part, to commit and to facilitate the commission of such violation.

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*

Robert F. Corts, Chief
OCDEFT Unit