The Honorable Donald C Nugent

801 W Superior Ave. H15A

Cleve. Oh. 44113

Re: Anthony J. Castiglione III.

Dear Judge Nugent, First and formost I would like to thank the Law enforcment officers involved with the arrest. I firmly believe that my son Anthony would not be here today had he not been caught.

Anthony has struggled thru life and chose to medicate himself thru various drugs to escape from the pain. As a teenager he went through a court ordered treatment and probation wich I was Intensly involved. he made progress but always resorted back. After graduation he came to live with me and soon found myself trying to get him to do right and stay away from drugs. In a way I accept some of this blame for turning a blind eye and enabling him.

Since the arrest he has changed and for a positive. It took two years for it to sink in. His outlook at life has changed as well. He told me he needs to take responsibilty for this action and put it behind. He wants to open a interior Painting Business later down the road. He realizes now all the people he hurt including himself and since has been trying to make ammends.

Anthony is not a flight risk. I believe he would be better rehabilitated in a low security farm style working and being responsible for his actions than a Hi level or Mid level security Prison.

He has learned a valuble lesson that he continues to grow from. He has also been helping his uncle with the Sub Zero Mission volunteering to help the homeless.

My son is a great person and is going to make a positive difference in society

I hope that some consideration can be taken in the sentencing process and givin a second chance.

My sincere regards     Mr. Anthony J Castiglione Jr.

1

To whom this may Concern

My name is DAVID HERNANDEZ and I am writing this letter in reference to my stepson Tony Castiglione. I've been in Tony's life since he was 5 yrs old. It wasn't hard to grow to love this kid very quickly.

Tony has always been a smart kid with a shy personality and big heart. I know from conversation, that he regrets the things he's done, along with the embarrassment he has caused his family.

I'm a recovering Alcoholic, who's been sober since April 14 2001... Tony has shown a willingness to attend a few meetings with me and just recently attended founders day in Akron... I am humbly asking for some leniency in the sentencing of my stepson Tony, your honor.

DAVID HERNANDEZ

April 26, 2019

Marilyn Castiglione
6424 Melshore Drive
Mentor, Ohio 44060

The Honorable Donald C. Nugent
801 W. Superior Ave. #15A
Cleveland, Ohio 44113

Re: Anthony CastiglioneIII

Dear Judge Nugent,

Let me begin by thanking everyone who helped in the apprehension of my grandson Tony. You saved his life.

He is a warm, caring, loving, intelligent young man who by his own admission made a horrible mistake.

Through a series of parental divorces, relationships, arguing, drinking and overuse of adderall he started having problems, started getting into trouble and eventually started to use drugs. He has been hospitalized twice for drug overdoses.

Since he has been apprehended he has slowly decreased his useage. He no longer comes over so high that he is oblivious to reality. He has been extremely afraid to reapply at Lakeland Community College, or apply for jobs, fearing he will be arrested while at school or work. He as been working with a maternal uncle when needed, a paternal uncle at his Sub Zero Mission, and with friends and their dads doing painting, tileing, etc. They have been a positive example to him.

Thankfully his parents have dealt with their problems and turned their lives around.

Tony has apologized to his family and blamed no one but himself for his predicament. I'm certain we all feel a certain amount of blame. He is deeply loved.

We are trying to encourage him and allay his fears about his future.

Respectfully,
*Marilyn Castiglione*
Marilyn Castiglione